ROBERT E. STEPHENS, APPELLANT, v. THEODORE JANING, APPELLEE.

199 N. W. 2d 25

Filed June 30, 1972.    No. 38399.

Frank B. Morrison, Sr., and Stanley A. Krieger, for appellant.

Clarence A. H. Meyer, Attorney General, and Calvin E. Robinson, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

WHITE, C. J.

This case is identical to Bell v. Janing, *ante* p. 690, 199 N. W. 2d 24, and is controlled by the holding therein.

The judgment of the district court is correct and is affirmed.

AFFIRMED.